IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| JAMES M. FERGUSON | § | PETITIONER |
| | § | |
| v. | § | CIVIL NO.: 1:14cv204-HSO-RHW |
| | § | |
| MISSISSIPPI DEPARTMENT OF | § | RESPONDENTS |
| CORRECTION, CHRISTOPHER | § | |
| EPPS, and JIM HOOD | § | |

## FINAL JUDGMENT

This matter came on to be heard on the Motion to Dismiss [12] filed by Respondent Christopher Epps.  The Court, after a full review and consideration of Respondent's Motion, Petitioner's Response [13], the Proposed Findings of Fact and Recommendations [17] of United States Magistrate Judge Robert H. Walker, Petitioner's Objection [20], the record, and relevant legal authorities, finds that in accord with the reasons more fully stated in its Memorandum Opinion and Order entered herewith,

**IT IS**, **THEREFORE**, **ORDERED AND ADJUDGED** that Petitioner's Petitioner for Writ of Habeas Corpus is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 16th day of June, 2015.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE