IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JAMES M. FERGUSON** § | | **PETITIONER** |
| § | | |
| v. § | | **CIVIL NO.: 1:14cv204-HSO-RHW** |
| § | | |
| **MISSISSIPPI DEPARTMENT OF** § | | **RESPONDENTS** |
| **CORRECTION, CHRISTOPHER** § | | |
| **EPPS, and JIM HOOD** § | | |

## CERTIFICATE OF APPEALABILITY

A final order adverse to the applicant having been filed in the captioned case, in which the detention complained of arises out of process issued by a state court or a proceeding pursuant to 28 U.S.C. § 2254, or the detention arises out of a judgment and conviction in federal court which is being challenged pursuant to 28 U.S.C. § 2255, the Court, considering the record in this case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11 of the Rules Governing Section 2254 and 2255 Cases in the United States District Courts, hereby finds that:

 X  A Certificate of Appealability should not issue.  The applicant has failed to make a substantial showing of the denial of a constitutional right.

 ___  A Certificate of Appealability should issue for the following specific issue(s):

REASONS:

Petitioner has not made a "substantial showing of the denial of a constitutional right." *See* 28 U.S.C. § 2253(c)(2); *Elizalde v. Dretke,* 362 F.3d 323, 328 (5th Cir. 2004). Petitioner has not exhausted the state law remedies available to him under Mississippi law as required under 28 U.S.C. § 2254(b)(1). *See* Memorandum Opinion and Order Overruling Objection, Adopting Proposed Findings of Fact and Recommendations, and Dismissing Petitioner for Writ of Habeas Corpus Without Prejudice.

DATE: June 16, 2015.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE